# City of Ashland

# Site Design and Use Standards

ADOPTED BY THE ASHLAND CITY COUNCIL AUGUST 4, 1992

# Table of Contents

Introduction .................................................................................................. 1
    Background ............................................................................................. 1
    Analyze the Site ..................................................................................... 1
    Functional Landscaping ........................................................................ 3
    Climate and Landscaping ..................................................................... 4
    Architectural and Engineering Uses ..................................................... 5
    Screening ................................................................................................ 5
    Buffering ................................................................................................. 6
    Outdoor Space ....................................................................................... 8
    Crime Prevention and Design ................................................................ 9
    Parking Area and Landscaping Design ................................................ 11
    Street Trees .......................................................................................... 12

Approval Standards and Policies ............................................................. 13
    Ordinance Landscaping Requirements ............................................. 13
    Multi-Family Residential Development .............................................. 15
    Commercial, Employment, and Industrial Development .................. 17
        Basic Site Review Standards ......................................................... 18
        Detail Site Review ............................................................................. 20
        Additional Standards for Large Scale Projects ............................ 24
    Parking Lot Landscaping and Screening Standards ........................ 27
    Street Tree Standards ......................................................................... 29

Water Conserving Landscaping Guidelines and Policies ..................... 31
    Advice and Recommendations ........................................................... 32
    Mandatory Policies .............................................................................. 35

Historic District Development .................................................................. 38
    Development in Ashland's Historic District ....................................... 38
    Rehabilitation & Remodel Standards ................................................ 41
    Historic District Design Standards .................................................... 42

Ashland Boulevard Corridor .................................................................... 47
    Introduction ........................................................................................... 47
    Design Standards ................................................................................. 48

Downtown Ashland .................................................................................... 49
    Introduction ........................................................................................... 49
    Ashland Downtown Plan ..................................................................... 50

## ACKNOWLEGEMENTS

This document represents an update and revision of the previous Site Design and Use Guidelines, incorporating many new concepts and ideas developed during long hours of workshops, meeting and hearings. Many thanks to the people who have contributed their time and efforts into this publication.

### ASHLAND CITY COUNCIL
Catherine Golden, Mayor
Phillip Arnold         Patty Acklin
Don Laws              Susan Reid
Greg Williams         Robert Winthrop
Brian Almquist, City Administrator

### COMMERCIAL DEVELOPMENT STANDARDS COMMITTEE
James Ragland, Chair
Phillip Arnold        Jennifer Carr
Peter Finkle          Tom Giordano
Barbara Jarvis        Jac Nickels
Susan Reid            Dennis Slattery

### DOCMUMENT PREPARATION
Primary Author:    John Fregonese
                   Bill Molnar
                   Steve Calfee
                   Rick Landt
                   Tom Giordano
Illustrations:     Beth Bardosi
                   Tom Giordano
Cover Design:      Will Hershman
                   John McLaughlin
Cover Photographs: John Fregonese
                   John McLaughlin
Layout:            John Fregonese
                   Will Hershman
                   Special Editions

### ASHLAND PLANNING COMMISSION
Barbara Jarvis, Chair
Steve Armitage       Michael Bingham
Jenifer Carr         Hal Cloer
James Hibbert        Larry Medinger
Susan Powell         Brent Thompson

### ASHLAND HISTORIC COMMISSION
James Lewis, Chair
Deane Bradshaw       Keith Chambers
Jane Dancer          Steve Ennis
Le Hook              Dana Johnson
Jean MacKenzie       Terry Skibby

### ASHLAND TREE COMMISSION
David Chasmar, Chair
David Cyphers        Doug Hormel
Susan Hunt           Mark Jenne
Pete Sada            Donn Todt
Leslie Van Gelder

### PRODUCED BY THE DEPARTMENT OF COMMUNITY DEVELOPMENT, CITY OF ASHLAND
John Fregonese, Planning Director
John McLaughlin, Senior Planner
Bill Molnar, Associate Planner
Kristen Cochran, Assistant Planner
Susan Yates, Administrative Assistant