KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East 8th Avenue, #2400
Eugene, OR  97401
(541) 465-6771

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-60008-01 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION |
| | ) | TO AMEND RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| PEROUZ SEDAGHATY, | ) | |
| a/k/a Pete Seda and Abu Yunus, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its undersigned counsel,

herein requests that defendant Sedaghaty's conditions of pretrial release

be amended.

It is requested that defendant Sedaghaty be ordered to have no

direct or indirect contact with the following individuals, who may be called

GOVERNMENT'S MOTION TO AMEND RELEASE CONDITIONS - Page 1

as witnesses by the government at trial:

> Barbara Cabral
> Thomas Wilcox
> Ferhad Erdogan
> Daveed Gartenstein-Ross
> Helen Moore
> Debra Ingram

Steven Wax, counsel for defendant, has been consulted about this

motion.  His position is:

> While, given the nature of the relationships with the listed witnesses, Mr. Seda does not believe that a no contact provision is necessary, he does not object to inclusion of the provision at this time.  He reserves the right, however, to seek permission to participate in interviews with the witnesses with his attorneys or their investigators if that becomes necessary in the future.

Based on the above, the government asks this Court to grant the

motion and amend defendant's pretrial release conditions.

DATED this 4th day of April, 2008.

> KARIN J. IMMERGUT
> United States Attorney
> District of Oregon
>
>
> /s/ Christopher L. Cardani
> CHRISTOPHER L. CARDANI
> Assistant United States Attorney